UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAMELA KONAN,

                    Plaintiff,

vs.                                                      **STIPULATION OF DISCONTINUANCE**

CHRISTOPHER B. KARR,                                     Civ. No. 6:17-cv-6163-EAW
UBERGUARD INFORMATION
SECURITY CONSULTING, LLC and
ERIE INSURANCE COMPANY,

                    Defendants.

            IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

the attorneys of record for the Plaintiff, PAMELA KONAN, and Defendant, ERIE INSURANCE

COMPANY, that whereas no party hereto is an infant or an incompetent person for whom a

committee has been appointed and no person not a party has an interest in the subject matter of

the action, the above-entitled action be, and the same hereby is discontinued with prejudice and

without costs to either party as against the other.

            This Stipulation may be filed without further notice with the Clerk of the Court.

DATED:        Buffalo, New York
              January 30, 2018

MCMASTER LAW OFFICES LLC                    HURWITZ & FINE, P.C.
By:                                         By:


_____            _____
John J. McMaster, Esq.                      Jennifer A. Ehman, Esq.
*Attorneys for Plaintiff*                   *Attorneys for Defendant*
*PAMELA KONAN*                              *ERIE INSURANCE COMPANY*
9 Monroe Street                             1300 Liberty Building
Northborough, MA 01532                      Buffalo, New York 14202
(508) 393-9200                              (716) 849-8900