**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW YORK**
**WESTERN DIVISION**

| | |
|---|---|
| **PAMELA KONAN**<br>    *Plaintiff*<br><br>v.<br><br>**ERIE INSURANCE COMPANY,**<br>**CHRISTOPHER B. KARR,**<br>**and**<br>**UBERGUARD INFORMATION**<br>**SECURITY CONSULTING, LLC**<br>    *Defendants* | Civil Action No.  6:17-cv-6163-EAW-MWP |

**NOTICE OF DISMISSAL REGARDING**
**CHRISTOPHER B. KARR**
**AND UBERGUARD INFORMATION SECURITY CONSULTING, LLC**

Now comes the plaintiff to the above-referenced matter pursuant to Rule 41 of the Federal Rules of Civil Procedure and hereby stipulate to the dismissal of the matter for the above named parties.  The plaintiff avers that neither party has answered or otherwise defended this action.

                                                                                        */s/ John J. McMaster_____*
                                                                                        John J. McMaster
                                                                                        McMaster Law Offices LLC
                                                                                        *Attorney for the Plaintiff*
                                                                                        9 Monroe Street
                                                                                        Northborough, MA 01532
                                                                                        John@JMcMasterlaw.com
                                                                                        (508) 393-9200